## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TRIZECHAHN GATEWAY LLC, A DELAWARE LIMITED LIABILITY COMPANY

v.

SCHNADER HARRISON SEGAL & LEWIS LLP, PAUL H. TITUS, AND THOMAS D. ARBOGAST

PETITION OF: SCHNADER HARRISON SEGAL & LEWIS LLP

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 52 WAL 2020

Petition for Allowance of Appeal
from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.